| AO-10 (WP) Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** **FOR CALENDAR YEAR 2003** | *Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)* |

| 1. Person Reporting *(Last name, first, middle initial)* HAIGHT CHARLES S. JR. | 2. Court or Organization USDC SDNY | 3. Date of Report 07/15/04 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* SENIOR U.S. DISTRICT JUDGE | 5. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial  X Annual  ___ Final | 6. Reporting Period 01/01/03 - 12/31/03 |
| 7. Chambers or Office Address U.S. COURTHOUSE - ROOM 1940 500 PEARL STREET NEW YORK NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| ADVISORY TRUSTEE | AMERICAN - SCANDINAVIAN FOUNDATION |
| DIRECTOR | KENNEDY CHILD STUDY CENTER |
| BOARD OF MANAGERS | HAVENS RELIEF FUND SOCIETY |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |

RECEIVED Jul 26 3 15 PM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| **A. Filer's Non-Investment Income** | | |
| ☒ NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 2003 | SELF-EMPLOYED (PERSONAL ASSISTANT) | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HAIGHT CHARLES S. JR. | 07/15/04 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☒ | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☒ | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☒ | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less, K=$15,001-$50,000, L=$50,001-$100,000, M=$100,001-$250,000
N=$250,001-$500,000, O=$500,001-$1,000,000, P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000, P3=$25,000,001-50,000,000, P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HAIGHT CHARLES S. JR. | 07/15/04 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, REPORTING INDIVIDUAL | | | | | | | | | |
| 1 AMERICAN INTERNATIONAL GROUP INC | A | DIV | J | T | BUY | 11/12 | J | | |
| 2 CVS CORP | A | DIV | J | T | PARTIAL SELL | 10/31 | J | B | |
| 3 CENDANT CORP. | NONE | | J | T | | | | | |
| 4 WALT DISNEY CO. | A | DIV | J | T | PARTIAL SELL | 3/13 | J | B | |
| 5 " " " " | | | | | PARTIAL SELL | 5/14 | J | B | |
| 6 HOME DEPOT INC. | A | DIV | J | T | PARTIAL SELL | 5/14 | J | B | |
| 7 JOHNSON & JOHNSON | A | DIV | J | T | | | | | |
| 8 MERCK + CO. INC. | A | DIV | J | T | | | | | |
| 9 MICROSOFT CORP. | A | DIV | J | T | | | | | |
| 10 PFIZER INC. | A | DIV | J | T | | | | | |
| 11 QUEST DIAGNOSTICS | A | DIV | J | T | | | | | |
| 12 FLEXTRONICS INT. | NONE | | J | T | | | | | |
| 13 BARON GROWTH FUND | NONE | | K | T | PARTIAL SELL | 5/14 | J | | |
| 14 HERITAGE MID CAP FD. | NONE | | K | T | | | | | |
| 15 NY NY GENERAL OBLIGATION BONDS | B | WT | K | T | | | | | |
| 16 MEDCO HEALTH SOLUTIONS INC. | | | | | SP'N OFF DISTRIB. | 8/20 | J | | |
| 17 " " | | | | | FROM MERCK, SELL | 8/21 | J | A | |

Income/Gain Codes: A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000
F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000
Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000
N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=More than $50,000,000
Value Method Codes: Q=Appraisal R=Cost (Real Estate Only) S=Assessment T=Cash/Market
U=Book Value V=Other W=Estimated

FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HAIGGT CHARLES J. JR | 07/15/04 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, | | | | | | | | | |
| 1 SANDISK CORP. | | | | | PARTIAL SELL | 7/10 | J | C | |
| 2 " " " | | | | | SELL | 8/13 | J | C | |
| 3 HERITAGE CASH TRUST MUNICIPAL | A | DIV | K | T | | | | | |
| 4 DREYFUS S+P 500 FUND - IRA | A | DIV | J | T | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

Income Gain Codes: A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000
(See Col. B1 & D4) F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000
Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000
(See Col. C1 & D3) N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000 P4=More than $50,000,000
Value Method Codes Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market
(See Col. C2) U=Book Value V=Other W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HAIGHT CHARLES S. JR. | 07/15/04 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 BERKSHIRE HATHAWAY | NONE | | J | T | | | | | |
| 2 CISCO SYSTEMS | NONE | | J | T | | | | | |
| 3 CITIGROUP | A | DIV | K | T | | | | | |
| 4 COMCAST CORP. | NONE | | K | T | PARTIAL SELL | 5/14 | J | C | |
| 5 GENERAL ELECTRIC | A | DIV | J | T | | | | | |
| 6 GUIDANT CORP. | A | DIV | J | T | PARTIAL SELL | 4/7 | J | | |
| 7 INTEL CORP. | A | DIV | J | T | PARTIAL SELL | 6/9 | J | B | |
| 8 " " " " | | | | | PARTIAL SELL | 10/31 | J | C | |
| 9 IBM | A | DIV | J | T | | | | | |
| 10 JP MORGAN CHASE | A | DIV | J | T | | | | | |
| 11 LIBERTY MEDIA CORP | NONE | | K | T | PARTIAL SELL | 1/14 | J | C | |
| 12 MICROSOFT | A | DIV | J | T | | | | | |
| 13 TIME WARNER INC | NONE | | J | T | BUY | 8/1 | J | | |
| 14 TRAVELERS PROP. CAS. | A | DIV | | | | | | | |
| 15 TYCO INTERNATL. | A | DIV | J | T | BUY | 11/4 | J | | |
| 16 WASHINGTON MUT. INC | A | DIV | J | T | PARTIAL SELL | 5/14 | J | A | |
| 17 OAKMARK FUND CL. I | A | DIV | K | T | | | | | |

Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000
Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash Market
(See Col. C2)  U=Book Value  V=Other  W=Estimated

**FINANCIAL DISCLOSURE REPORT**

| Name of Person Reporting | Date of Report |
|---|---|
| HAIGHT CHARLES S. JR | 07/15/04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 ORKMARK INTL. FUND | A | DIV | K | T | | | | | |
| 2 JANUS WORLDWIDE FUND | A | DIV | J | T | | | | | |
| 3 PBHG CLIPPER FOCUS FUND | A | DIV | J | T | | | | | |
| 4 BOYCE PREMIER FUND | NONE | | K | T | PARTIAC SELL | 6/3 | J | | |
| 5 ISHARES TR MSCI | A | DIV | J | T | | | | | |
| 6 ISHARES TR S+P MID CAP | A | DIV | J | T | | | | | |
| 7 1999 SERIES, NY STATE DORMITORY AUTH. | B | INT | K | T | | | | | |
| 8 NY NY GENERAL OBLIGATION BONDS 1999 | B | INT | K | T | | | | | |
| 9 NY STATE DORM AUTH. 1998 SERIES | A | INT | K | T | BUY | 5/04 | K | | |
| 10 NIAGRA FALLS NY SCHOOL DIST. | B | INT | K | T | | | | | |
| 11 NY NY GENERAL OBLIGATION BONDS 1998 G | B | INT | K | T | | | | | |
| 12 NY STATE REFUNDING GEN. OBLIGATION | B | INT | K | T | | | | | |
| 13 NY STATE TWY HIWAY + BRIDGE TRUST FUND | B | INT | K | T | | | | | |
| 14 NY CITY HOOSWE DEV. CORP | A | INT | K | T | | | | | |
| 15 NY NY GENERAL OBLIGATION BONDS 1998 B | B | INT | K | T | | | | | |
| 16 TYCO INTERNATL | | | | | PARTIAL SELL | 12/8 | | | |
| 17 ~~CVS SHARES CORP~~ | | | | | SELL | 10/31 | | | |

Income Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000
Value Method Codes  Q=Appraisal  R=Cost (real estate only)  S=Assessment  U=Book Value  V=Other  W=Estimated  T=Cash/Market
(See Col. C2)

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HAIGHT CHARLES S. JR | 07/15/04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 ISHARES TR. ROSSELL | | | | | SELL | 10/31 | J | B | |
| 2 SCHERING PLOUGH | | | | | SELL | 5/15 | J | B | |
| 3 HERITAGE CASH TRUST MUNICIPAL | R | DIV | K | T | | | | | |
| 4 HSBC CD | A | WT | J | T | | | | | |
| 5 HSBC CHECKING ACCT | A | WT | J | T | | | | | |
| 6 TRUST U/W MARGARET HAIGHT | D | WT/DIO | M | T | | | | | |
| 7 DREYFUS S&P 500 - IRA | A | DIV | J | T | | | | | |
| 8 VANGUARD S&P 500 FUND | A | DIV | J | T | | | | | |
| 9 VANGUARD WINDSOR II FUND | A | DIV | J | T | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

Income/Gain Codes: A=$1,000 or less, B=$1,001-$2,500, C=$2,501-$5,000, D=$5,001-$15,000, E=$15,001-$50,000, F=$50,001-$100,000, G=$100,001-$1,000,000, H1=$1,000,001-$5,000,000, H2=More than $5,000,000. Value Codes: J=$15,000 or less, K=$15,001-$50,000, L=$50,001-$100,000, M=$100,001-$250,000, N=$250,001-$500,000, O=$500,001-$1,000,000, P1=$1,000,001-$5,000,000, P2=$5,000,001-$25,000,000, P3=$25,000,001-$50,000,000, P4=More than $50,000,000. Value Method Codes: Q=Appraisal, R=Cost (real estate only), S=Assessment, T=Cash/Market, U=Book Value, V=Other, W=Estimated.

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HAIGHT CHARLES S. JR. | 07/15/04 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month- Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 DELAFIELD FUND | A | DIV | J | T | | | | | |
| 2 HENNESSY CORNERSTONE GROWTH FUND | DIVE | | J | T | | | | | |
| 3 BUFFALO SMALL CAP FUND | A | DIV | J | T | BUY | 7/28 | J | | |
| 4 FIDELITY SHORT-TERM BOND FUND | A | INT | J | T | | | | | |
| 5 BANK OF INTERNET USA | A | INT | K | T | | | | | |
| 6 VANGUARD SHORT-TERM FED | A | INT | K | T | | | | | |
| 7 US TRUST CO. CHECKING ACCOUNT | AORG | | J | T | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less, B=$1,001-$2,500, C=$2,501-$5,000, D=$5,001-$15,000, E=$15,001-$50,000 (See Col. B1, D4) F=$50,001-$100,000, G=$100,001-$1,000,000, H1=$1,000,001-$5,000,000, H2=More than $5,000,000
2. Value Codes: J=$15,000 or less, K=$15,001-$50,000, L=$50,001-$100,000, M=$100,001-$250,000 (See Col. C1, D3) N=$250,001-$500,000, O=$500,001-$1,000,000, P1=$1,000,001-$5,000,000, P2=$5,000,001-$25,000,000, P3=$25,000,001-$50,000,000, P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal, R=Cost (real estate only), S=Assessment, T=Cash/Market (See Col. C2) U=Book value, V=Other, W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HAIGHT CHARLES S. JR. | 07/15/04 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

The 2002 report, at page 5, lines 1-3, listed [redacted] holding of shares in "AOL Time Warner." That holding appears in this 2003 report at page 5, line 13, as "Time Warner Inc." The company changed its name during 2003.

The 2002 report, at page 8, lines 4 and 5, listed two Dreyfus money market funds. These were closed out during 2003 without capital gain or loss consequences.

I have divided the assets we hold into 3 groups: assets in my name only, pages 3-4; assets in [redacted] name only, pages 5-7; and assets [redacted] page 8.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature [redacted]      Date July 15 2004

NOTE: A[redacted]FULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE
SUBJECT [redacted] App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544